

Mary A. Schott
Clerk of Court

Entered on Docket
November 16, 2022

_____

NVB 3011−1 (12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−20−10570−abl<br>CHAPTER 13 |
| HANA RUTHANNE FUMI DOMINO<br>    aka HANA R F DOMINO | |
| | ORDER GRANTING<br>APPLICATION TO |
| Debtor(s) | DEPOSIT UNCLAIMED FUNDS |

On 11/15/2022, the Trustee filed an Application to Deposit Unclaimed Funds in the above−captioned case. It is hereby ORDERED that the Application is GRANTED.

###